1  KAEMPFER CROWELL
   Robert McCoy, No. 9121
2  Sihomara L. Graves, No. 13239
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rmccoy@kcnvlaw.com
5  Email: sgraves@kcnvlaw.com

6  BARNES & THORNBURG LLP
   Terri Bruksch *(pro hac vice forthcoming)*
7  11 South Meridian Street
   Indianapolis, Indiana 46204
8  Telephone:  (317) 236-1313
   Facsimile:  (317) 231-7433
9  Email: terri.bruksch@btlaw.com

10 Attorneys for Defendants Johnson &
   Johnson, Inc., Johnson & Johnson
11 Services, Inc., DePuy Orthopaedics, Inc.,
   and DePuy Products, Inc.

12

13             UNITED STATES DISTRICT COURT

14                   DISTRICT OF NEVADA

15 DEBORAH McMILLON and RICHARD    Case No. 2:23-cv-00067-RFB-BNW
   McMILLON,
16
                Plaintiffs,
17
   vs.                                      **STIPULATION AND ORDER FOR**
18                                          **DISMISSAL WITH PREJUDICE**
   JOHNSON & JOHNSON SERVICES,
19 INC.; JOHNSON & JOHNSON, INC.;
   DEPUY ORTHOPAEDICS, INC.; and
20 DEPUY PRODUCTS, INC.,

21              Defendants.

22

23

24

KAEMPFER
CROWELL   3418684_1  17671.00032                                Page 1 of 2

1  Plaintiffs Deborah McMillon and Richard McMillon and defendants
2  Johnson & Johnson, Inc., Johnson & Johnson Services, Inc., DePuy Orthopaedics,
3  Inc., and DePuy Products, Inc. (collectively "DePuy") stipulate and agree that,
4  pursuant to Fed. R. Civ. P. 41(a), all claims in this action and all of their claims
5  relating to the Pinnacle™ Acetabular Cup System be dismissed with prejudice, each
6  party to bear its own fees and costs.

KAEMPFER CROWELL

/s/ Deborah McMillon
Deborah McMillon
408 River Oak Way
Phenix City, Alabama 36867

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

BARNES & THORNBURG LLP
Terri Bruksch *(pro hac vice forthcoming)*
11 South Meridian Street
Indianapolis, Indiana 46204

/s/ Richard McMillon
Richard McMillon
408 River Oak Way
Phenix City, Alabama 36867

Attorneys for Defendants Johnson & Johnson, Inc., Johnson & Johnson Services, Inc., DePuy Orthopaedics, Inc., and DePuy Products, Inc.

Plaintiffs, pro se

**ORDER**

IT IS SO ORDERED.

Dated: April 25, 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE